### David T. KENT v. L. Ivy LEFEAUX et al.
### No. 1625.

Court of Appeal of Louisiana. First Circuit.

Oct. 7, 1936.

Taylor, Porter & Brooks, of Baton Rouge, for appellant.

Bouanchaud & Kearney, of New Roads, for appellees.

OTT, Judge.

For the reasons assigned in the case of Mrs. Leona Smith Kent v. L. Ivy Lefeaux et al. (La.App.) 169 So. 793, this day decided, it is ordered that the judgment appealed from in this case of David T. Kent

v. L. Ivy Lefeaux, et al., No. 1614 on the docket of the district court of Pointe Coupee parish, be, and the same is hereby, affirmed at the cost of appellant.

### Lena KENT v. L. Ivy LEFEAUX et al.
### No. 1626.

Court of Appeal of Louisiana. First Circuit.

Oct. 7, 1936.

Taylor, Porter & Brooks, of Baton Rouge, for appellant.

Bouanchaud & Kearney, of New Roads, for appellees.

OTT, Judge.

For the reasons assigned in the case of Mrs. Leona Smith Kent v. L. Ivy Lefeaux et al. (La.App.) 169 So. 793, this day decided, it is ordered that the judgment appealed from in this case of Miss Lena Kent v. L. Ivy Lefeaux et al., No. 1613 on the docket of the district court of Pointe Coupee parish, be, and the same is hereby, affirmed at the cost of appellant.